UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ASHLEY McNABB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:17-cv-57-TAV-CHS |
| | ) | |
| K-VA-T FOOD STORES, INC., d/b/a FOOD CITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This civil action is before the Court on periodic review. On September 10, 2018, this Court issued an order staying this action until January 7, 2019, to allow the parties an opportunity to mediate plaintiff's remaining sexual harassment claim [Doc. 35]. In accordance with that Order, the parties filed a joint status report on October 22, 2018 indicating that the mediation had not been successful [Doc. 36]. Although the parties state that they "may continue settlement negotiations," they are unsure whether such negotiations will be successful and accordingly request that a new trial date be set around or after mid-January of 2019.

In light of the information provided in the parties' joint status report, the Court finds that the stay currently in effect is no longer required. Accordingly, the Clerk of Court is **DIRECTED** to **LIFT** the stay in this matter and **ORDERS** that the jury trial in this matter is **RESCHEDULED** for **Tuesday, February 12, 2019, at 9:00 a.m.**, and the final pretrial conference is **RESCHEDULED** for **Tuesday, February 5, 2019, at 1:30 p.m.** Any

unexpired scheduling deadlines as of the time the case was stayed, being September 10, 2018, shall be applied as calculated from the new trial date and according to the same time limitations set forth in the Court's original Scheduling Order [Doc. 9].

    IT IS SO ORDERED.

                                        s/ Thomas A. Varlan
                                        CHIEF UNITED STATES DISTRICT JUDGE